IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **JERMAINE DUANE IRVIN-BEY** **REG # 45966-177** | **PETITIONER** |
| v.  Case No. 2:18-cv-00107-KGB/JTK | |
| **GENE BEASLEY, Warden,** **FCI-Forrest City, Arkansas**[1] | **RESPONDENT** |

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Jermaine Duane Irvin-Bey's petition for writ of *habeas corpus* is dismissed without prejudice.

So adjudged this the 11th day of March, 2019.

_____
Kristine G. Baker
United States District Judge

---

[1] The proper respondent is "the person" having custody over the petitioner. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004). Mr. Beasley is the current Warden of Forrest City Medium Federal Correctional Institution.